ACCEPTED
03-13-00790-CV
6528010
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 3:32:54 PM
JEFFREY D. KYLE
CLERK

## No. 03-13-00790-CV

### IN THE COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 3:32:54 PM
JEFFREY D. KYLE
Clerk

### FOR THE THIRD DISTRICT OF TEXAS

### AT AUSTIN

## T. MARK ANDERSON AND CHRISTINE ANDERSON, AS CO-EXECUTORS OF THE ESTATE OF TED ANDERSON

*Appellants/Cross-Appellees,*

**v.**

## RICHARD T. ARCHER, DAVID B. ARCHER, CAROL ARCHER BUGG, JOHN V. ARCHER, KAREN ARCHER BALL, AND SHERRI ARCHER

*Appellees/Cross-Appellants.*

## APPELLEES/CROSS-APPELLANTS' MOTION TO ALLOCATE TIME FOR ORAL ARGUMENT

**Laurie Ratliff**
**State Bar No. 00784817**
**Frank N. Ikard, Jr.**
**State Bar No. 10386000**
**IKARD GOLDEN JONES P.C.**
**400 W. 15th St., Suite 975**
**Austin, Texas 78701**
**Telephone: (512) 472-6695**
**Telecopier: (512) 472-3669**
**laurieratliff@igjlaw.com**

### ATTORNEYS FOR APPELLEES/CROSS-APPELLANTS

NO. 03-13-00790-CV

# IN THE COURT OF APPEALS

# FOR THE THIRD DISTRICT OF TEXAS

# AT AUSTIN

## T. MARK ANDERSON AND CHRISTINE ANDERSON, AS CO-EXECUTORS OF THE ESTATE OF TED ANDERSON

*Appellants/Cross-Appellees,*

**v.**

## RICHARD T. ARCHER, DAVID B. ARCHER, CAROL ARCHER BUGG, JOHN V. ARCHER, KAREN ARCHER BALL, AND SHERRI ARCHER

*Appellees/Cross-Appellants.*

## APPELLEES/CROSS-APPELLANTS' MOTION TO ALLOCATE TIME FOR ORAL ARGUMENT

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellees/Cross-Appellants, Richard T. Archer, David B. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri Archer (the Archer Family), respectfully file their Motion to Allocate Time for Oral Argument.

1

This matter is currently set for oral argument on September 2, 2015 at 9:00 am. In response to the Court's August 4, 2015 letter, Appellees/Cross-Appellants file this motion requesting an alternative allocation of time for oral argument.

Appellants filed their opening brief on November 6, 2014. Appellees/Cross-Appellants filed their combined brief, responding to Appellants' issues and also raising their issues on cross-appeal, on February 6, 2015.

Appellants chose not to respond to Appellees/Cross-Appellants' cross-appeal. Appellants requested four extensions of time to file a cross-appellees' brief. This Court granted three of the requested extensions. Appellants, however, failed to file their cross-appellees' brief within their requested deadline as set out in their fourth motion for extension of time. The Court then submitted the case and dismissed the fourth motion for extension of time as moot. Ex. A; Court's website (indicating case "ready to be set").

Because Appellants have not filed a brief responding to the cross-appeal, Appellees/Cross-Appellants respectfully request that the Court allocate the oral argument time without permitting Appellants to respond to the cross appeal for the first time during oral argument. *See* TEX. R. APP. P. 39.1 (limiting oral argument to parties who have filed a brief); 39.2 (purpose of oral argument is to emphasize and clarify written arguments in the brief); & 39.6 (court may allow oral argument when only one party has filed a brief).

2

Appellees/Cross-Appellants request that the Court allocate the oral argument time as follows:  15 minutes for Appellants' opening, 15 minutes for Appellees' response, 5 minutes for Appellants' rebuttal, and 5 minutes for Appellees/Cross-Appellants' issues on cross-appeal.

This allocation avoids permitting Appellants, who have never filed a cross-appellees' brief, from responding to the cross-appeal for the first time during oral argument.  Any other allocation of the oral argument time raises the potential for argument by Appellants, or questions to Appellants' counsel, on the cross appeal (to which there is no brief on file).  Such situation necessitates additional oral argument time for Appellees/Cross-Appellants and/or the need for additional briefing from Appellees/Cross-Appellants.

Alternatively, if the Court allocates the oral argument time, or by other means, allows Appellants to address the cross appeal for the first time during oral argument, Appellees/Cross-Appellants request additional time to respond in oral argument (or have notice to allocate a potion of their 20 minutes for a response) and permission to file a post-submission letter brief to address any response from Appellants to the cross appeal.

Appellants did not respond to Appellees/Cross-Appellants attempt to confer on the allocation of the oral argument time.

For these reasons, Appellees/Cross-Appellants Richard T. Archer, David B. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri Archer respectfully request that this Court grant their *Motion to Allocate Time for Oral Argument* and order that oral argument time for the above-styled case be allocated: 15 minutes for Appellants' opening, 15 minutes for Appellees' response, 5 minutes for Appellants' rebuttal, and 5 minutes for Appellees/Cross-Appellants' issues on cross-appeal. Alternatively, Appellees/Cross-Appellants request time to respond during oral argument and/or by post-submission letter brief to any response from Appellants during oral argument to the cross appeal. Appellees/Cross-Appellants respectfully request such other and further relief to which they may be entitled.

Respectfully submitted,

IKARD GOLDEN JONES, P.C.

/s/ *Laurie Ratliff*
Laurie Ratliff
State Bar No. 00784817
Frank N. Ikard, Jr.
State Bar No. 10386000
400 West 15th Street, Suite 975
Austin, Texas 78701
Telephone: (512) 472-6695
Telecopier: (512) 472-3669
laurieratliff@igjlaw.com

ATTORNEYS FOR
APPELLEES/CROSS-APPELLANTS
RICHARD T. ARCHER, DAVID B. ARCHER,
CAROL ARCHER BUGG, JOHN V. ARCHER,
KAREN ARCHER BALL AND SHERRI ARCHER

4

## CERTIFICATE OF CONFERENCE

I certify that the undersigned counsel for Appellees/Cross-Appellants attempted to confer with counsel for Appellants regarding the allocation of time for oral argument. Appellants did not respond to an email sent on August 7, 2015.

*/s/ Laurie Ratliff*
Laurie Ratliff

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below a copy of *Appellees/Cross-Appellants' Motion to Allocate Time for Oral Argument* was served on the counsel of record listed below via electronic delivery in accordance with the Texas Rules of Appellate Procedure on this 17th day of August 2015:

***Via e-service file and email***
Mr. Gerald D. McFarlen
LAW OFFICE OF GERALD D. MCFARLEN, PC
28 Fabra Oaks Road
Boerne, Texas 78006

*Attorneys for Appellants*
*T. Mark Anderson and Christine Anderson*

/s/  *Laurie Ratliff*
Laurie Ratliff

# Appellees/Cross-Appellants' Motion to Allocate Time for Oral Argument

# Exhibit A



# COURT OF APPEALS

THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

May 27, 2015

Mr. Gerald D. McFarlen
The Law Office of Gerald D. McFarlen, PC
28 Fabra Oaks Road
Boerne, TX 78006-2831
* DELIVERED VIA E-MAIL *

Ms. Laurie Ratliff
Ikard Golden Jones, P.C.
400 West 15th Street, Suite 975
Austin, TX 78701
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    03-13-00790-CV
        Trial Court Case Number:    D-1-GN-07-002328

Style:    Appellants, T. Mark Anderson, as Co-Executor of the Estate of Ted Anderson, and
Christine Anderson, as Co-Executor of the Estate of Ted Anderson// Cross-Appellants,
David R. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri
Archer
        v.
        Appellees, Richard T. Archer, David R. Archer, Carol Archer Bugg, John V. Archer,
Karen Archer Ball, and Sherri Archer// Cross-Appellees,T. Mark Anderson,
individually and as Co-Executor of the Estate of Ted Anderson, Christine Anderson

Dear Counsel:

    On the date noted above, cross-appellees' Fourth Motion to Extend Time to File Brief was dismissed as moot by this Court.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *F. Hewtty*

Frances Hewtty, Deputy Clerk